UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>DUTCH GERMANY INT. EMBASSY, *et al.*,<br><br>   Defendants. | Case No.  2:25-cv-2349-JDP (P)<br><br>ORDER |

       Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On August 26, 2025, plaintiff was directed to pay the filing fee or submit an application to proceed *in forma pauperis*.  Plaintiff has now filed a request for leave to *proceed in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint and obtained the certification required on the application form.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy of his inmate trust account statement in support of his application to proceed *in forma pauperis*.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of

1

the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner

IT IS SO ORDERED.

Dated:   October 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

.