UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO, | Case No.  2:25-cv-2349-DC-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| DUTCH GERMANY INT. EMBASSY, et al., | (Doc. Nos. 5, 8) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 20, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 8.)  To date, plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

---

[1]  Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

ORDERED that:

1. The findings and recommendations filed January 20, 2026 (Doc. No. 8), are ADOPTED in full;

2. This action is DISMISSED without prejudice for failure to pay the filing fee, to prosecute, and to comply with court orders for the reasons set forth in the magistrate judge's October 8, 2025 order;

3. Plaintiff's motion to proceed in forma pauperis (Doc. No. 5) is DENIED as moot; and

4. The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:    **March 29, 2026**

Dena Coggins
United States District Judge

2